UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAN AUILER,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>        Defendant. | Case No. CV 17-03893-VAP-JEM<br><br>J U D G M E N T |

      In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

      IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this action is REMANDED for further proceedings in accordance with the Report and Recommendation and with law, including retention of consulting experts to conduct cognitive and/or neuropsychological testing.

DATED: September 20, 2018

                                                VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE